**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10918

Non-Argument Calendar

_____

ZACHARY JAMES MCALEXANDER,

*Plaintiff-Appellant,*

*versus*

D.G. YUENGLING & SON, INCORPORATED,

RED BULL DISTRIBUTION COMPANY, INC.,

LIVING ESSENTIALS, LLC,

*Defendants-Appellees.*

_____

Appeal from the United States District Court

for the Northern District of Georgia

D.C. Docket No. 1:21-cv-03331-LMM

_____

Before JORDAN, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

2                        Opinion of the Court                    26-10918

This appeal is DISMISSED, sua sponte, for lack of jurisdiction.

Zachary McAlexander, pro se, appeals from the district court's judgment dismissing his complaint and post-judgment orders. The district court entered judgment on November 21, 2021, and entered its post-judgment orders on September 14, 2022; November 29, 2023; February 27, 2024; May 1, 2024; and July 18, 2024. McAlexander filed timely Federal Rule of Civil Procedure 60 motions as to the November 29, 2023 and February 27, 2024 orders. *See* Fed. R. App. P. 4(a)(4)(A)(vi); Fed. R. Civ. P. 59(e). The district court denied those motions in the orders entered on February 27, 2024 and May 1, 2024.

McAlexander had 30 days from the entry of the September 14, May 1, and July 18 orders to file his notice of appeal as to those orders. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). And he had 30 days from the February 27 and May 1 orders denying his Rule 60 motions to appeal the November 29 and February 27 orders, respectively. *See* Fed. R. App. P. 4(a)(4)(A)(vi); Fed. R. Civ. P. 59(e). All those appeal deadlines expired by August 19, 2024. His notice of appeal, filed on March 17, 2026, is thus untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

All pending motions are DENIED as moot.